IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE MIDDLETON,

    Petitioner,                No. CIV S-08-2276 KJM P

    vs.

MIKE KNOWLES,                 <u>ORDER</u>

    Respondent.

_____/

    This matter was on for status on February 25, 2009. Carolyn Wiggin, Assistant Federal Defender, appeared for petitioner and agreed to accept appointment for all purposes; Brian Smiley, Deputy Attorney General appeared for respondent.

    Counsel for respondent informed the court that he is preparing a motion to dismiss based on petitioner's failure to exhaust state remedies and untimeliness.

    IT IS THEREFORE ORDERED that:

    1. The Office of the Federal Defender is appointed to represent petitioner for all purposes; and

/////

/////

/////

1

2. Respondent shall file his motion to dismiss within fifteen days of the date of this order. Petitioner's opposition, if any, should be filed within thirty days of the date the motion is filed; respondent's reply, if any, should be filed within fifteen days of the date the opposition is filed.

DATED: March 5, 2009.

_____
U.S. MAGISTRATE JUDGE

2

midd2276.oah